**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| KATRICE CRATER,<br><br>  Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC,<br><br>  Defendant. | No. 1:18-cv-00600-JMS-MPB<br><br>Honorable Jane Magnus-Stinson<br>District Judge<br><br>Honorable Matthew P. Brookman<br>Magistrate Judge |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41.

Dated: June 26, 2018                                      Respectfully submitted,

*/s/ Joseph Scott Davidson*                             */s/ Nicholas Moline*

Joseph Scott Davidson                                     Nicholas Moline
**SULAIMAN LAW GROUP, LTD.**                  **MED-1 SOLUTIONS, LLC**
2500 South Highland Avenue                             517 U.S. Highway 31 N
Suite 200                                                             Greenwood, Indiana 46142
Lombard, Illinois 60148                                     +1 317-883-5615
+1 630-575-8181                                                 nicholas.moline@med1solutions.com
jdavidson@sulaimanlaw.com

*Counsel for Katrice Crater*                              *Counsel for Med-1 Solutions, LLC*